Pamela S. Akins  PRo SE
2121 S. Pantano Rd., space 246
TucsonAZ 85710
(608) 408-8381



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela S. Akins,<br>   **Plaintiff,**<br><br>v.<br><br>Federal Bureau of Investigation,<br>   Defendant(s). | CASE NUMBER:  CV-22-00043-TUC-SHR<br><br>**COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to Federal Question §§ . The plaintiff is a resident of Tucson, Pima County, AZ and a citizen of the United States. The defendant, , is a resident of Los Angeles, CA and a citizen of the United States. The cause of action arose in the Tucson division.

### Complaint

In 2016 I received a letter from the FBI asking if I wanted them to return a firearm taken from me in or about 1990. I replied yes, but explained that as I am a convicted Felon I am not allowed to possess firearms, and asked if they could transfer ownership to Mr. Ronald P. Usedom, a Federal Firearms Licensee and Collector, To keep as his own or handle as he saw fit. In late November of 2021, on the 24th I believe, I received a letter (copy attached) stating the FBI has conditionally agreed to my request to transfer ownership pending my getting a Court Order from U.S. District Court ordering them to proceed per the terms of Henderson v. United States, . They gave me ninety (90) days from receipt of the letter. I spent most of December trying to find an Attorney to help me, with no sucess. I decided to go Pro Se because of the time limit. The Letter is addressed to Pamela Sonja Marcus, my married name at the time of confiscation.

### Demand

I am asking the Court to issue the requested Order for them to proceed with the transfer of ownership and surrender the firearm to Mr. Usedom as agreed to. Mr. Usedom has a clean record, has never been arrested, holds a FFL to buy and collect firearms, and has several gun safes to keep all arms

secured from unauthorized persons at all times. He is well versed in firearm laws and the penalties involved for breaking them. He would never allow me access even if I asked, which I have no desire or interest in doing as I have no desire to run afoul of the law again ever. I just want it to be a gift to him.
**Damages: The plaintiff requests no damages.**

Date: JAN. 23, 2022

_Pamela S. Akins_
Signature of Pro Se Plaintiff
Pamela S. Akins
2121 S. Pantano Rd., space 246
Tucson, AZ 85710
(608) 408-8381

2



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

November 17, 2021

CERTIFIED RETURN RECEIPT

Pamela Sonja Marcus
2121 S. Pantano Rd. #246
Tucson, AZ  85710

   **RE: Colt .45 Semi-Auto Pistol with 2 magazines and a black pouch**
     **SN: SF20653**
     **SEIZURE NUMBER:  3410-16-A-0048**  1987 OFFICERS ACP
     **ASSET ID NUMBER:  A89-FBI-00072**

Dear Ms. Marcus:

   Reference your claim for the return of the referenced firearms and accessories, filed with the Federal Bureau of Investigation, Los Angeles Division, and dated May 22, 2016. Your claim has been reviewed and is conditionally granted, pursuant to Title 41, Code of Federal Regulations, Section 128-48.503.

   As you have acknowledged, our investigation into the merits of your claim confirms your status as a convicted felon. Title 18, United States Code (U.S.C.), Section 922(g) prohibits you from possessing a firearm. You have requested that the firearm be released to your fiancée. We can accommodate your request only if you obtain a court order directing the transfer of the firearm.

   The transfer of felon-owned firearms from government custody to a third party is authorized pursuant to a court order issued by the United States District Court, if the court is satisfied that the recipient will not give the felon access to or control over the firearms. See Henderson v. United States, 135 S.Ct. 1780 (2015). You have ninety (90) days from the date of receipt of this letter to file a motion for the transfer of the firearm. If you obtain a court order, we will transfer the firearm in accord with the directions of the order. If you do not file a motion for the transfer of the firearm within 90 days, your claim will be denied.

   Once you file a motion for the transfer of the firearm with the United States District Court, please ensure that a copy of your motion is mailed to the Federal Bureau of Investigation, 11000 Wilshire Blvd., Suite 1700, Los Angeles, CA 90024, Attention: CDC Anthony Montero.

Pamela Sonja Marcus

      Please direct any questions concerning the decision relating to your claim to the Federal Bureau of Investigation, Office of General Counsel, Legal Forfeiture Unit (WB-510), 935 Pennsylvania Avenue, NW, Washington DC 20535, Attention: Assistant General Counsel Stephanie Woods, telephone number (202) 436-8157.

      Sincerely,

Stephen J. Jobe
Chief
Legal Forfeiture Unit

By:   Stephanie Woods
     Assistant General Counsel
     Legal Forfeiture Unit
     Office of the General Counsel

2/